**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA GONZALEZ, | Case No: 5:18-cv-02634-DOC-ADS |
| Plaintiff | **JUDGMENT** |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: July 24, 2019             /s/ Autumn D. Spaeth

                                        THE HONORABLE AUTUMN D. SPAETH
                                               United States Magistrate Judge